AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | 3:13-MJ-0096-VPC |
| JAMES EVANS | ) | |
| *Defendant* | ) | |

FILED ✓ / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 4 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia St.<br>Reno, NV 89501<br>Honorable Robert A. McQuaid, Jr., U.S. Magistrate | Courtroom No.: | 2 - 4th Floor |
|---|---|---|---|
| | | Date and Time: | July 31, 2013 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: __Jul 24, 2013__

*Valerie P. Cooke*
*Judge's signature*

Valerie P. Cooke, United States Magistrate Judge
*Printed name and title*