UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case no. 3:13-cr-00079-LRH-WGC |
| Plaintiff, | |
| vs. | ORDER |
| JAMES EVANS and SEPTEMBER McCONNELL, | |
| Defendants. | |

Before the court is plaintiff United States' Motion to Extend Existing Order of Detention Pending Appeal (#54)[1] as it applies to co-defendants Evans and McConnell. On Friday, December 20, 2013, the court granted defendant Evans' Motion to Suppress (#52) and ordered that unless the Government sought alternative relief on this date, December 23, 2013, seeking to detain the defendants in custody pending an appeal on the pending dismissals of the charges against them, that the defendants would be released from custody. The Government has filed such a motion, the court has considered it and orders the defendants' continued custody pending a hearing upon their custody status to be held before the court on Monday, December 30, 2013, at 10:30 am.

At such detention hearing, the court shall consider whether the defendants shall be detained pending appeal.

///

///

---

[1] Refers to the court's docketing number.

IT IS FURTHER ORDERED that, before the ordered hearing, the Government shall have made a good faith attempt to determine if in fact it will be appealing the court's order granting defendant Evans' Motion to Suppress.

IT IS SO ORDERED.

DATED this 23rd day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE