UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:13-CR-79-LRH-WGC-1 |
| Plaintiff, ) | |
| ) | MINUTES OF THE COURT |
| vs. ) | |
| ) | DATED: October 8, 2014 |
| JAMES EVANS and ) | |
| SEPTEMBER MCCONNELL, ) | |
| Defendant(s). ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete          Reporter: None Appearing
U.S. Attorney: None Appearing         Counsel for Defendants: None Appearing

MINUTE ORDER IN CHAMBERS:

Before the Court is Defendant's Request for a Hearing on Motion to Review Conditions of Release [#84], GOOD CAUSE APPEARING,

IT IS ORDERED that defendant's request for a hearing is GRANTED.

IT IS FURTHER ORDERED that Defendant's Request for a Hearing on Motion to Review Conditions of Release is set on Wednesday, October 22, 2014, at 11:00 a.m. in Reno Courtroom 3 before Judge Larry R. Hicks. Counsel have been notified of, and are in agreement with the scheduled date and time.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: D. NEGRETE
Deputy Clerk