UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 3:13-CR-00079-LRH-WGC |
| v. | ) | |
| JAMES EVANS, | ) | |
| SEPTEMBER MCCONNEL | ) | |
| Defendant. | ) | |

## ORDER APPROVING STIPULATION

The Court having reviewed the Stipulation of the parties which was filed on April 29, 2015, and finding good cause

**IT IS ORDERED** that Mr. Evans is relieved of the condition that he be subject to the electronic monitoring bracelet. Mr. Evans shall still be subject to monitoring by Pre-trial services. Defendant's Second Motion for Hearing to Review Conditions of Release [#89] is moot.

This 1st day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

3